IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND LAVORICO,

        Petitioner,                    No. CIV S-08-1625-JAM-GGH P

       vs.

PEOPLE OF THE STATE
OF CALIFORNIA, et al.,                ORDER

        Respondents.

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        On September 10, 2008, respondent filed a motion to dismiss. Petitioner has not opposed this motion. Petitioner is ordered to show cause for his failure to file an opposition.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's October 10, 2008 request for appointment of counsel (Docket #12) is denied without prejudice to a renewal of the motion at a later stage of the proceedings;

1          2. Within ten days of the date of this order, petitioner shall show cause for his

2   failure to file an opposition to respondent's motion to dismiss.

3   DATED: 10/21/08

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:cm
lavo1625.110